Dismissed and Memorandum Opinion filed March 11, 2004









Dismissed and Memorandum Opinion filed March 11, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01320-CV

____________

 

TERRY WAYNE
MALONE, Appellant

 

V.

 

CLAYTON
GREENWOOD, JEFFREY GREENWOOD, SCHAFFER MACHINE SHOP, INC., CAROLOK, INC. AND
GREENWOOD & MALONE, INC., Appellees

 



 

On Appeal from the
129th District Court

Harris County, Texas

Trial Court Cause
No. 03-04821

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 31, 2003.

On March 2, 2004, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 11, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.